No. 01–264.  GRIBCHECK *v.* POTTER, POSTMASTER GENERAL. C. A. 6th Cir.  Certiorari denied.

No. 01–268.  SHOTTS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–274.  KASHELKAR *v.* RUBEN & ROTHMAN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–286.  TWEEDY *v.* OKLAHOMA BAR ASSN.  Sup. Ct. Okla. Certiorari denied.

No. 01–289.  MCCLATCHY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–290.  BOSTRON *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Certiorari denied.

No. 01–291.  BERESFORD *v.* INTERNAL REVENUE SERVICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–293.  REINHOLZ *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–294.  SKELTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–295.  PFLUM *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–297.  JONESON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–307.  HARPER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–311.  OSUALA *v.* COMMUNITY COLLEGE OF PHILADELPHIA.  C. A. 3d Cir.  Certiorari denied.

No. 01–318.  BRIDGES *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.